## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN Re:

      SHAWN D. O'ROURKE     : CHAPTER 12
                               :
                               : NO. 14-13370
           DEBTOR          :
                               :

### CERTIFICATE OF NO OBJECTION

      I, Daniel T. McGrory, certify that no response has been filed to the Debtor's Attorney's Motion to Objection to a Proof of Claim.

                                               Pizonka, Reilley, Bello & McGrory, P.C.

Date: Aug. 21, 2017                 By /s/ Daniel T. McGrory
                                         Daniel T. McGrory, Esquire