**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 12 |
| | : | |
| SHAWN D. O'ROURKE | : | |
| MARYANNE M. O'ROURKE | : | NO. 14-13370-JKF |
| | : | |
| Debtors | : | Hearing Date |
| | : | September 20, 2017 |
| | : | 9:30 a.m. |
| | : | Courtroom #3, The Nix Bldg. |
| | : | 900 Market St. |
| | : | Philadelphia, PA  19107 |

**AMENDED NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Debtors, Shawn O'Rourke and Maryanne M. O'Rourke, have filed an Objection to Proof of Claim No. 29;

<u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before September 14, 2017 you or your attorney must do all of the following:

    (a)    File an answer explaining your position at:

        Clerk's Office
        United States Bankruptcy Court
        900 Market Street, Suite 400
        Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    (b)    Mail a copy to the movant's attorney:

        Daniel T. McGrory, Esquire
        Bello, Reilley, McGrory & DiPippo, P.C.
        144 E. DeKalb Pike, Suite 300
        King of Prussia, PA  19406
        (610) 992-1300
        (610) 992-1505 – Facsimile

2. If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled before the Honorable Judge Jean FitzSimon on September 20, 2017 at 9:30 a.m. in **Courtroom 3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: August 29, 2017