**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 12 |
| | : | |
| SHAWN D. O'ROURKE | : | |
| MARYANNE M. O'ROURKE | : | NO. 14-13370-JKF |
| | : | |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Daniel T. McGrory, Esquire, hereby certify that on August 23, 2017, a true and correct copy of Amended Notice of Motion, Response Deadline and Hearing Date on the following by United States First Class Mail, postage pre-paid, addressed as follows:

Dr. Richard H. Faidley, Superintendent
Boyertown Area School District
911 Montgomery Ave.
Boyertown, PA  19512

Jeff Xavios, ENM Law Group
938 North 8th St.
Reading, PA  19603

Ryan W. McAllister, Esq.
Attorney for Boyertown Area School District
Ebner, Nevins & McAllister, LLC
602-604 Court St.
Reading, PA  19601

BELLO, REILLEY & McGRORY & DiPIPPO, P.C.

Date: Aug. 29, 2017        By:   Daniel T. McGrory
                                                Daniel T. McGrory, Esquire
                                                144 East DeKalb Pike, Ste. 300
                                                King of Prussia, PA  19406
                                                (610) 992-1300