**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 12 |
| | : | |
| SHAWN D. O'ROURKE | : | |
| MARYANNE M. O'ROURKE | : | NO. 14-13370-JKF |
| | : | |
| Debtors | : | |
| | : | |

**PRAECIPE TO WITHDRAW**

TO THE CLERK:

Kindly withdraw Proof of Claim No. 29 as the claim has been satisfied.

                EBNER, NEVINS & McALLISTER, LLC

Dated:_____        By:_____
                                    Ryan W. McAllister, Esquire
                                    602-604 Court Street
                                    Reading, PA  19601
                                    (610) 372-5128