**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 12 |
| SHAWN D. O'ROURKE<br>MARYANNE M. O'ROURKE | NO. 14-13370-JKF |
| Debtors | |

**PRAECIPE TO WITHDRAW**

TO THE CLERK:

Kindly withdraw Proof of Claim No. 29 as the claim has been satisfied.

EBNER, NEVINS & McALLISTER, LLC

Dated: 8/30/2017

By: _____
Ryan W. McAllister, Esquire
602-604 Court Street
Reading, PA 19601
(610) 872-5128