**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 12 |
| | : | |
| SHAWN D. O'ROURKE | : | |
| MARYANNE M. O'ROURKE | : | NO. 14-13370-JKF |
| | : | |
| Debtors | : | |
| | : | |

**PRAECIPE TO WITHDRAW**

TO THE CLERK:

Kindly withdraw the Objection to Claim No. 29 (Document 124).

BELLO, REILLY, McGRORY & DiPIPPO, P.C.

Dated: Sept 7, 2017    By: _____
Daniel T. McGrory, Esquire
144 E. DeKalb Pike, Ste. 300
King of Prussia, PA 19406
(610) 992-1300