# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: SHAWN D. & MARYANNE M. O'ROURKE** | : |
| Debtor | : Chapter 12 |
| | : |
| | : Case No.: 14-13370 |
| **DEERE & COMPANY** | : |
| Movant | : Honorable Jean K. FitzSimon |
| | : |
| vs. | : Doc. No. _____ |
| **SHAWN D. & MARYANNE M. O'ROURKE and** | : |
| **Frederick L. Reigle** | : Hearing Date: June 27, 2018 |
| **As the Chapter 12 Trustee,** | : |
| Respondents | : Hearing Time: 9:30 a.m. |
| | : |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

Deere & Company ("Deere") hereby withdraws its Motion for Relief from Stay, filed in the above-captioned proceeding on May 29, 2018. Deere further requests the hearing on the above referenced Motion, scheduled for Wednesday, June 27, 2018 at 9:30 a.m. before Judge Jean K. FitzSimon, be removed from the court calendar.

                                                                                       McNEES WALLACE & NURICK LLC

Date: June 27, 2018                      By: /s/ *Clayton W. Davidson*
                                                         Clayton W. Davidson
                                                         PA Attorney I.D. No. 79139
                                                         100 Pine Street - P.O. Box 1166
                                                         Harrisburg, PA 17108-1166
                                                         Direct Fax: (717)-260-1678
                                                         Phone: (717) 232-8000
                                                         cdavidson@mcneeslaw.com

                                                   *Attorneys for Deere and Company*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on this day that a true and correct copy of the attached Movant's Praecipe to Withdraw Motion for Relief from Stay was served by first-class United States mail, postage prepaid, addressed as follows:

Shawn D. O'Rourke  
993 N. Grange Avenue  
Collegeville, PA 19426

Maryanne M. O'Rourke  
993 N. Grange Avenue  
Collegeville, PA 19426

*and by electronic mail through ECF:*

Frederick L. Reigle, Chapter 12 Trustee  
2901 St. Lawrence Avenue  
Suite 101  
Reading, PA 19606  
flreigle@flreiglepc.com

Daniel T. McGrory  
Pizonka, Reilley, Bello & McGrory, P.C.  
144 East McKalb Pike, Suite 300  
King of Prussia, PA 19406  
dmcgrory@pmrbm.com

Date:   June 27, 2018

s/ *Clayton W. Davidson*  
Clayton W. Davidson