UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Shawn D. O'Rourke  

Maryanne M. O'Rourke  

CHAPTER: 12

CASE NO.: 14-13370 JKF

APPOINTMENT OF CHAPTER 12 TRUSTEE
AND DESIGNATION OF REQUIRED BOND

Michael B. Joseph, OF WILMINGTON, DELAWARE

is hereby appointed, pursuant to 11 U.S.C. 1202, as Successor Trustee of the named debtor(s).

You are currently under the blanket bond. Please inform this office if the bond needs to be increased. You must accept or reject the appointment in writing within five (5) days.

ANDREW V. VARA  
ACTING UNITED STATES TRUSTEE  

/s/  
FREDERIC J. BAKER  
ASSISTANT UNITED STATES TRUSTEE  

Date: July 16, 2018