UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    CHAPTER:  12

Shawn D. O'Rourke
Maryanne M. O'Rourke,

    DEBTOR(S)                                      CASE NO.: 14-13370-JKF

ACCEPTANCE OF APPOINTMENT
AS
CHAPTER 12 TRUSTEE

I, Michael B. Joseph, of Wilmington Delaware, hereby accept appointment as successor Chapter 12 Trustee in the above referenced case, pursuant to 11 U.S.C. 1202.

    /s/ Michael B. Joseph
    Michael B. Joseph, Esquire
    Chapter 12 Trustee
    824 Market Street, Suite 1002
    P.O. Box 1350
    Wilmington, Delaware 19899-1350
    (302) 656-0123
    mjoseph@ch13de.com

Dated:  July 19, 2018