```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                            Case No. 14-13370-jkf
Shawn D. O'Rourke                                                 Chapter 12
Maryanne M. O'Rourke
         Debtors               CERTIFICATE OF NOTICE
District/off: 0313-2          User: Jennifer              Page 1 of 4             Date Rcvd: Jul 18, 2018
                              Form ID: pdf900             Total Noticed: 141


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db/jdb         +Shawn D. O'Rourke,    Maryanne M. O'Rourke,    993 N. Grange Avenue,
                 Collegeville, PA 19426-3147
cr             +F.M. Brown's Sons, Inc.,    c/o E. Bucher, Esq. Leisawitz Heller,    2755 Century Blvd,
                 Wyomissing, PA 19610-3346
cr             +John Deere Financial, F.S.B f/k/a FPC Financial F.,    6400 NW 86th Street,   PO Box 6600,,
                 Johnston, IA 50131-6600
cr             +Northeast Revenue Service, LLC,    1170 Highway 315,   Suite 2,   Plains, PA  18702,
                 UNITED STATES 18702-6906
cr             +Susquehanna Bank,    c/o Barley Snyder,   Timothy Dietrich, Esquire,    50 N. Fifth Street,
                 PO Box 942,   Reading, PA 19603-0942
cr             +a wholly owned subsidiary Lititz Properties, LLC,,    of Susquehanna Bank,
                 Attn: Brian Braungard,    1570 Manheim Pike,   Lancaster, PA 17601-3038
13295494       +AG Fence,   280 N. Locust Street,    Box 269,   Schaefferstown, PA 17088-0269
13295495       +Agco Financial,    8001 Birchwood Court,   P.O. Box 2000,   Johnston, IA 50131-0020
13295496       +Alta Genetics,    3543 Collection Center Drive,   Chicago, IL 60693-0035
13295500       +AmeriFinancial Solutions,    P.O. Box 602570,   Charlotte, NC 28260-2570
13295498       +American Express,    P.O. Box 981537,   El Paso, TX 79998-1537
13385334        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13295499       +American Rock Salt Co LLC,    P.O. Box 190,   Mount Morris, NY 14510-0190
13295502       +Bag Man,    P.O. Box 162,   Hammond, WI 54015-0162
13295503       +Barbara L. Farley, Esquire,    P.O. Box 53659,   Philadelphia, PA 19105-3659
13295504       +Beacon Technologies Inc.,    P.O. Box 847,   Kennett Square, PA 19348-0847
13295505       +Bechtelsville Agway,    114 E. Chestnut Street,   Bechtelsville, PA 19505-9777
13295506       +Beiler Farms,    3132 W. Newport Road,   Ronks, PA 17572-9726
13295507       +Binkley & Hurst,    133 Rothsville Station Road,   Lititz, PA 17543-8545
13295508       +Boyertown Area School District,    50 North Fifth Street,   Reading, PA 19601-3417
13406067       +Boyertown Area School District,    Jeff Xavios, ENM Law Group,   938 North 8th Street,
                 Reading, PA 19604-2308
13295509       +Boyertown Oil Co.,    P.O. Box 431,   New Berlinville, PA 19545-0431
13325360       +Boyertown Oil Compnay, Inc.,    PO Box 431,   965 N. Reading Avenue,
                 New Berlinville, PA 19545-0431
13295510       +Brett L. Messinger, Esquire,    30 South 17th Street,   Philadelphia, PA 19103-4001
13295515       +Chase Bank USA NA,    P.O. Box 15298,   Wilmington, DE 19850-5298
13295516       +Cherry Hill Tractors,    369 Cohansey-Friesburg Road,   Elmer, NJ 08318-2941
13295517       +Chromulak & Associates LLC,    401 Technology Drive,   Suite 202,   Canonsburg, PA 15317-7538
13295519        Citizens Bank,    c/o Mercantile Adj. Bureau,   P.O. Box 9016,   Buffalo, NY 14231-9016
13295520       +Clayton W. Davidson, Esquire,    100 Pine Street,   P.O. Box 1166,   Harrisburg, PA 17108-1166
13295521        County of Montgomery,    One Montgomery Plaza Suite 800,   P.O. Box 311,
                 Norristown, PA 19404-0311
13295485       +Daniel T. McGrory, Esquire,    144 E. DeKalb Pike,   Suite 300,   King of Prussia, PA 19406-2150
13295524       +David J. Apothaker, Esquire,    520 Fellowship Road,   C306,   Mount Laurel, NJ 08054-3410
13295525       +Deere & Company,    6400 NW 86th Street,   P.O. Box 6600,   Johnston, IA 50131-6600
13295526       +Deere Country Farm & Lawn Inc.,    P.O. Box 456,   Adamstown, PA 19501-0456
13295527        Discover Bank - Student Lns,    P.O. Box 30948,   San Francisco, CA  94130-0948
13295529       +Elvin R. Wise,    28 Upper Drive,   Blain, PA 17006-9505
13300377       +F.M. Brown's Sons, Inc.,    c/o Eden R. Bucher, Esquire &,   Thad M. Gelsinger, Esquire,
                 Leisawitz Heller Abramowitch Phillips, P,    2755 Century Blvd.,,   Wyomissing, PA 19610-3346
13295530       +F.M. Browns & Sons Inc.,    P.O. Box 67,   Birdsboro, PA 19508-0067
13295531       +Farm Service Agency,    1238 County Welfare Road,   Leesport, PA 19533-9710
13295532       +Frank Schwartz, Esquire,    3600 Horizon Blvd.,   Suite 200,   Trevose, PA 19053-4945
13295533       +Gary S. Auerbach,    2070 Butler Pike,   Suite 200,   Plymouth Meeting, PA 19462-1815
13295534       +Helena Chemical Co.,    c/o Lee Green & Reiter Inc.,    P.O. Box 179,   Bellefonte, PA 16823-0179
13295535       +Hubner Seed,    10280 W. State Road 28,   West Lebanon, IN 47991-8064
13295536       +Innovative Dairy Solutions LLC,    12667 Massey Road,   Massey, MD 21650-1624
13295537       +J & L Hay,    257 West Wind Road,   Friedens, PA 15541-8215
13364838       +JP Morgan Chase,    c/o Kathryn L. Mason, Esquire,    P.O. Box 650,   Hershey, PA 17033-0650
13357146        JPMorgan Chase Bank, NA. National Bankruptcy Dept.,     PO BOX 29505 AZ 1-1191,
                 Phoenix, AZ 85038-9505
13295538       +Jason Sabol, Esquire,    2650 Audubon Road,   Audubon, PA 19403-2400
13295539       +Jim Belz,    13626 Mercersburg Road,   Clear Spring, MD 21722-1025
13295540       +John Deer Financial,    6400 NW 86th Street,   P.O. Box 6600,   Johnston, IA 50131-6600
13295542       +Joseph A. Venuti, Jr., Esquire,    Bedminster Circle,   90 Washington Valley Road,
                 Bedminster, NJ 07921-2118
13295543       +Joseph Matejik,    Karen M. Matejik,   5901 Mechanicsville Road,   Mechanicsville, PA 18934-9518
13295544       +Kerith Brook Farm,    73 Kerith Lane,   Kutztown, PA 19530-8924
13295545       +Key Equipment Finance,    c/o Vengroff Williams & Assoc,    P.O. Box 4155,
                 Sarasota, FL 34230-4155
13295547       +Lancaster DHIA,    1592 Old Line Road,   Manheim, PA 17545-8222
13295548       +Lease Corp of America,    P.O. Box 1297,   Troy, MI 48099-1297
13309299       +Lee,Green & Reiter, Inc.,    Attn: Robert A Mix, Esquire,    115 East High Street,
                 Bellefonte, PA 16823-3001
13295549       +Leon P. Haller, Esquire,    1719 North Front Street,   Harrisburg, PA 17102-2305
```

```
District/off: 0313-2          User: Jennifer             Page 2 of 4             Date Rcvd: Jul 18, 2018
                              Form ID: pdf900            Total Noticed: 141

13303548      +Lititz Properties, LLC,,   a wholly owned subsidiary,   of Susquehanna Bank,
               1570 Manheim Pike,   Lancaster, PA 17601-3038
13295550      +M B Investments,   2650 Audubon Road,   Norristown, PA 19403-2400
13382353      +M.B. Investments,   c/o Jason T. Sabol, Esquire,   2650 Audubon Road,   Audubon, PA 19403-2400
13295551      +M.M. Weaver & Sons,   169 N. Groffdale Road,   Leola, PA 17540-9000
14030769      +MBC Ventures LLC,   Box 6783,   Greenville, SC 29606-6783
13295552      +Mark J. Merolla, Esquire,   P.O. Box 214,   Reading, PA 19603-0214
13295553      +Martin Stone Quarries Inc.,   107 Commerce Way,   Bethlehem, PA 18017-8913
13295554      +Martins Farm Supply,   4491 Buchanan Trail West,   Greencastle, PA 17225-8303
13295555      +Matthew R. Kaufmann, Esquire,   11 Elliott Avenue,   Suite 100,   Bryn Mawr, PA 19010-3407
13295556      +Medical Data Systems, Inc.,   2001 9th Avenue,   Suite 312,   Vero Beach, FL 32960-6413
13295557       Michael J. Dougherty, Esquire,   325 Chestnut Street,   Suite 501,
               Philadelphia, PA  19106-2605
13295558      +Michael J. Dougherty, Esquire,   Karina Velter, Esquire,   325 Chestnut St Ste 501,
               Philadelphia, PA 19106-2605
13295559      +Michael P. Clarke, Esquire,   Eight Neshaminy Interplex,   Suite 215,
               Feasterville Tre, PA 19053-6980
13298912      +MidAtlantic Farm Credit ACA,   c/o Leon P. Haller, Esquire,   1719 North Front Street,
               Harrisburg, PA 17102-2305
13295560       Midatlantic Farm Credit,   600 Robert Fulton Highway,   Quarryville, PA  17566
13295562      +Mike Charles,   563 Berne Drive,   Schuylkill Haven, PA 17972-9123
13295563      +Monsanto Farm Flex,   800 N. Lindbergh Blvd.,   Mail Zone NC1B,   Saint Louis, MO 63167-1000
13295564      +Montgomery County,   c/o Phil Newcomer, Esquire,   P.O. Box 311,   Norristown, PA 19404-0311
13302657      +Montgomery County Tax Claim Bureau,   c/o Northeast Revenue Service, LLC,
               15 Public Square, Suite 202,   Wilkes-Barre, PA 18701-1703
13295565      +Montgomery County Tax Claim Bureau,   1 Montgomery Plaza,   Suite 600,
               Norristown, PA 19401-4851
13295566      +Montgomery Tax Claim Bureau,   c/o Northeast Revenue Service,   1 Montgomery Plaza Suite 610,
               Norristown, PA 19401-4855
13295567       National Penn Leasing Company,   Philadelphia & Reading Avenues,   Boyertown, PA  19512
13295568      +Nolt Services LLC,   728 Rettew Mill Road,   Lititz, PA 17543-9163
13295490     #+Office of Attorney General,   21 S. 12th Street,   Third Floor,   Philadelphia, PA 19107-3604
13295569      +Oley Valley Feed Inc.,   143 Cleaver Road,   Oley, PA 19547-8514
13357145       PO BOX 29505 AZ 1-1191,   Phoenix, AZ 85038-9505
13295491       Pa. Dept. of Revenue,   Bureau of Indiv. Taxes,   Dept. 280432,   Harrisburg, PA  17128-0432
13295572      +Phares S. Hurst,   175 Center Square Road,   Leola, PA 17540-9723
13295573       Philip W. Newcomer, Esquire,   One Montgomery Plaza Suite 800,   P.O. Box 311,
               Norristown, PA  19404-0311
13295574      +Pitney Bowes,   c/o Vital Recovery Services In,   P.O. Box 923747,   Norcross, GA 30010-3747
13295575      +Precision Diagnostics LLC,   P.O. Box 344,   East Earl, PA 17519-0344
13295576      +Quakertown Veterinary Clinic,   2250 N. Old Bethlehem Pike,   Quakertown, PA 18951-3948
13295577      +Rebecca Zern, Tax Collector,   76 Merkel Road,   Gilbertsville, PA 19525-9549
13295578      +Rhoades Family Limited Partnership,   165 Congo Niantic Road,   Barto, PA 19504-9369
13295579      +Ridgeway Dairy Consulting,   830 South Park Street,   Red Lion, PA 17356-8600
13295580      +Robert Allen Mix, Esquire,   115 East High Street,   P.O. Box 179,   Bellefonte, PA 16823-0179
13295581       Sanimax Marketing Inc.,   2099 Shawano Avenue,   Green Bay, WI  54303
13295582      +Schnupps Grain Roasting,   416 Union Road,   Lebanon, PA 17046-7826
13295583      +Security Credit Services LLC,   2623 W. Oxford Loop,   Oxford, MS 38655-5442
13295584       Stellar Recovery Inc.,   1327 Highway 2W,   Suite 100,   Kalispell, MT  59901
13295585      +Susquehanna Bank,   1570 Manheim Pike,   Lancaster, PA 17601-3038
13295587      +TD Bank,   2005 Market Street,   Philadelphia, PA 19103-7058
13295588      +Thad M. Gelsinger, Esquire,   2755 Century Blvd.,   Wyomissing, PA 19610-3346
13295589      +Timac USA,   P.O. Box 888,   Reading, PA 19607-0888
13295590      +Timothy G. Dietrich, Esquire,   126 E. King Street,   Lancaster, PA 17602-2832
13295591      +Town & Country Leasing,   995 Dalton Avenue,   Cincinnati, OH 45203-1101
13295592      +Triple M. Farms,   1525 King Street,   Lebanon, PA 17042-8383
13295593      +Twin Valley Farm Service LLC,   156 Swamp Road,   Morgantown, PA 19543-9476
13410924      +U.S. Bank National Association,   c/o Select Portfolio Servicing, Inc.,
               3815 South West Temple,   Salt Lake City, UT 84115-4412
13295493      +U.S. Dept. of Justice,   P.O. Box 227,   Benj. Franklin Station,   Washington, DC 20044-0227
13295594      +US Bank National Association,   1500 North 19th Street,   Monroe, LA 71201-4942
13361959      +USDA, Farm Service Agency,   1238 County Welfare Road,   Leesport, PA 19533-9710
13295596      +Vista Grande Farm,   290 Ruth Road,   Fleetwood, PA 19522-9069
13295597      +WFFNB/Raymour & Flanigan,   800 Walnut Street,   Des Moines, IA 50309-3605
13295598      +Windstream,   P.O. Box 9001908,   Louisville, KY 40290-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jul 19 2018 02:13:27     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2018 02:13:18     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Jul 19 2018 02:13:33     Deere & Company,
               6400 NW 86th Street,   Johnston, IA 50131-2945
cr            +E-mail/Text: kab@jsdc.com Jul 19 2018 02:12:50     JP Morgan Chase Bank NA,
               c/o Kimberly A. Bonner, Esq,   P.O. Box 650,   Hershey, PA 17033-0650
13305733       E-mail/Text: BANKRUPTCYDSM@DELAGELANDEN.COM Jul 19 2018 02:13:40     AGCO Finance LLC,
               PO Box 2000,   Johnston, IA 50131-0020
13295497      +E-mail/Text: Bankruptcies@nragroup.com Jul 19 2018 02:13:40     American Agencies LLC,
               2491 Paxton Street,   Harrisburg, PA 17111-1036
```

```
District/off: 0313-2          User: Jennifer            Page 3 of 4                  Date Rcvd: Jul 18, 2018
                              Form ID: pdf900           Total Noticed: 141


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13295501       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 19 2018 02:13:09     Asset Acceptance LLC,
                 P.O. Box 1630,   Warren, MI 48090-1630
13295511      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2018 02:17:03      CACH LLC,
                 4340 S. Monaco Street,   Denver, CO 80237-3485
13295512      +E-mail/Text: davep@cedarcrestequipment.com Jul 19 2018 02:13:41     Cedar Crest Equipment,
                 61 Elco Drive,   Myerstown, PA 17067-2602
13295513      +E-mail/Text: bk.notifications@jpmchase.com Jul 19 2018 02:12:54     Chase Auto Finance,
                 P.O. Box 901076,   Fort Worth, TX 76101-2076
13295514      +E-mail/Text: cms-bk@cms-collect.com Jul 19 2018 02:12:53     Chase Bank,
                 c/o Capital Management Svcs LP,   726 Exchange St.,   Buffalo, NY 14210-1484
13295518      +E-mail/Text: bnc@alltran.com Jul 19 2018 02:12:48     Citibank Visa,
                 c/o United Recovery Sys LP,   P.O. Box 722910,   Houston, TX 77272-2910
13295488       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:13:04     Commonwealth of PA,
                 Department of Revenue,   Bureau of Compliance,   Dept. 280946,   Harrisburg, PA 17128-0946
13295522      +E-mail/Text: abovay@creditmanagementcompany.com Jul 19 2018 02:13:18     Credit Management Co.,
                 2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13295528       E-mail/Text: mrdiscen@discover.com Jul 19 2018 02:12:47     Discover Financial Services,
                 P.O. Box 15316,   Wilmington, DE 19850
13308231       E-mail/Text: mrdiscen@discover.com Jul 19 2018 02:12:47     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
13295489       E-mail/Text: cio.bncmail@irs.gov Jul 19 2018 02:12:51     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
13295541      +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Jul 19 2018 02:13:33
                 John Deere Construction & Forestry Compa,   6400 NW 86th Street,   Johnston, IA 50131-2945
13295546       E-mail/Text: bnckohlsnotices@becket-lee.com Jul 19 2018 02:12:49     Kohl's/Capital One,
                 P.O. Box 3115,   Milwaukee, WI 53201-3115
13295561      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 19 2018 02:13:09     Midland Funding,
                 8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13358771      +E-mail/Text: skhern@monsanto.com Jul 19 2018 02:13:37     Monsanto Company,
                 800 N. Lindbergh Blvd.,   Attn: Sharon Hernandez-B2NB,   St. Louis, MO 63167-0001
13295570      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:13:03     Pa Department of Revenue,
                 Dept. 280948,   Harrisburg, PA 17128-0001
13295571      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:13:04     Penna. Dept. of Revenue,
                 Dept. 280946,   Harrisburg, PA 17128-0001
13325882       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:13:04
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13295586      +E-mail/Text: carine@tbfgroup.com Jul 19 2018 02:12:52     TBF Financial, LLC,
                 740 Waukegan Road,   Suite 404,   Deerfield, IL 60015-5505
13375547       E-mail/Text: bankruptcy@td.com Jul 19 2018 02:13:11     TD Bank N.A.,   Attn: Bankruptcy Dept.,
                 ME2-002-035,   P.O. Box 9547,   Portland, ME 04112-9547
13295492      +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2018 02:13:18     U.S. Attorney,
                 615 Chestnut Street,   Suite 1250,   Philadelphia, PA 19106-4490
13295595      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 19 2018 02:12:44
                 Verizon,   P.O. Box 5029,   Wallingford, CT 06492-7529
                                                                                              TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13386404       John Deere Construction & Forestry Company
13386405       John Deere Financial, F.S.B f/k/a FPC Financial F.
13295599       Z&Z Acres
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*           +MidAtlantic Farm Credit, ACA,   c/o Leon P. Haller, Esquire,   1719 North Front Street,
                 Harrisburg, PA 17102-2305
13295523*      Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13295487*     +Maryanne M. O'Rourke,   993 N. Grange Avenue,   Collegeville, PA 19426-3147
13331836*      Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13295486*     +Shawn D. O'Rourke,   993 N. Grange Avenue,   Collegeville, PA 19426-3147
                                                                                   TOTALS: 3, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0313-2          User: Jennifer              Page 4 of 4              Date Rcvd: Jul 18, 2018
                              Form ID: pdf900             Total Noticed: 141
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              CLAYTON W. DAVIDSON    on behalf of Creditor    John Deere Construction & Forestry Company
               cdavidson@mwn.com,   nwelch@mwn.com
              CLAYTON W. DAVIDSON    on behalf of Creditor    John Deere Financial, F.S.B f/k/a FPC Financial
               F.S.B. cdavidson@mwn.com,   nwelch@mwn.com
              CLAYTON W. DAVIDSON    on behalf of Creditor    Deere & Company cdavidson@mwn.com,   nwelch@mwn.com
              DANIEL T. MCGRORY    on behalf of Joint Debtor Maryanne M. O'Rourke dmcgrory@pmrbm.com
              DANIEL T. MCGRORY    on behalf of Debtor Shawn D. O'Rourke dmcgrory@pmrbm.com
              EDEN R. BUCHER    on behalf of Creditor    F.M. Brown's Sons, Inc. ebucher@leisawitzheller.com,
               medwards@leisawitzheller.com
              FREDERICK L. REIGLE (chap 12)    on behalf of Trustee FREDERICK L. REIGLE (chap 12)
               flreigle@flreiglepc.com
              FREDERICK L. REIGLE (chap 12)    flreigle@flreiglepc.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5
               paeb@fedphe.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5
               amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    JP Morgan Chase Bank NA amps@manleydeas.com
              LEON P. HALLER    on behalf of Creditor    MidAtlantic Farm Credit, ACA lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Department of Agriculture, Farm Service Agency
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              TIMOTHY G. DIETRICH    on behalf of Creditor    Susquehanna Bank tdietrich@barley.com,
               jbrower@barley.com;cbrelje@barley.com
              TIMOTHY G. DIETRICH    on behalf of Creditor    a wholly owned subsidiary Lititz Properties, LLC,
               tdietrich@barley.com,   jbrower@barley.com;cbrelje@barley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 18
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                  CHAPTER: 12

Shawn D. O'Rourke

Maryanne M. O'Rourke                          CASE NO.: 14-13370 JKF

APPOINTMENT OF CHAPTER 12 TRUSTEE
AND DESIGNATION OF REQUIRED BOND

Michael B. Joseph, OF WILMINGTON, DELAWARE

is hereby appointed, pursuant to 11 U.S.C. 1202, as Successor Trustee of the named debtor(s).

You are currently under the blanket bond. Please inform this office if the bond needs to be increased. You must accept or reject the appointment in writing within five (5) days.

ANDREW V. VARA
ACTING UNITED STATES TRUSTEE

/s/
FREDERIC J. BAKER
ASSISTANT UNITED STATES TRUSTEE

Date: July 16, 2018