IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

SHAWN D. & MARYANNE O'ROURKE    : Chapter 12

Debtor(s).    : CASE NO: 14-13370-JKF

INTERIM ACCOUNT OF SUCCESSOR CHAPTER 12 TRUSTEE

Michael B. Joseph, Esquire, Successor Chapter 12 Trustee, respectfully represents as follows:

1. The above Debtor(s) filed this case on April 29, 2014 and the Plan was confirmed on November 12, 2014.

2. Frederick Reigle, Esquire (the "former Trustee") was appointed the Chapter 12 Trustee and served until July 15, 2018. On July 16, 2018, Michael B. Joseph was appointed as the Successor Trustee (the "Successor Trustee").

3. Attached hereto as "Exhibit A" and by this reference made a part hereof, is an Interim Account of the Successor Trustee (the "Interim Account").

4. Upon information and belief the Interim Account accurately reflects an accounting of all funds received and disbursed by the Former Trustee.

WHEREFORE, this Interim Account is respectfully submitted pursuant to 11 U.S.C. Sec. 703 and 11 U.S.C. Sec. 1202.

/s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Successor Chapter 12 Trustee

**SUCCESSOR TRUSTEE'S CERTIFICATE OF SERVICE**

     I, Michael B. Joseph, Esquire, Successor Trustee of the within matter, do hereby certify that on this 28th day of September, 2018, I caused one copy of the within Interim Account of Successor Chapter 12 Trustee to be served by United States Mail, Postage Prepaid, to the undersigned:

SHAWN D. & MARYANNE O'ROURKE
993 N. Grange Avenue
Collegeville, PA  19426
Debtor(s)

DANIEL T. MCGRORY, ESQUIRE
Pizonka, Reilley, Bello & McGrory, P.C.
144 East DeKalb Pike-Suite300
King of Prussia, PA 19406
Attorney for Debtor(s)

          /s/ Michael B. Joseph
          Michael B. Joseph, Esquire
          824 Market Street, Suite 1002
          P.O. Box 1350
          Wilmington, Delaware 19899-1350
          302-656-0123
          Successor Chapter 12 Trustee

MICHAEL B. JOSEPH, CHAPTER 12 TRUSTEE
Interim Account
For Period From 04-29-14 Through 09-28-18

SHAWN D. & MARYANNE O'ROURKE
993 N. Grange Avenue
Collegeville, PA  19426

Case No.: 14-13370-JKF
% Plan: 100.00  Plan Term: 60
Receipts for Period        :$    88,906.25
Total Disbursed in Period  :$    82,889.64
Balance at the End of Period $   6,016.61

Atty:   DANIEL T. MCGRORY, ESQUIRE
        Pizonka, Reilley, Bello & McGrory, P.C.
        144 East DeKalb Pike-Suite300
        King of Prussia, PA 19406

## Receipts For The Period

$88,906.25 as of 09-28-18

## Claims and Distributions

| Claim# | Creditor/Payee Name | Claim Type | Claim Amt | Ttl Paid | Bal Due |
|---|---|---|---|---|---|
| 001 | Montgomery County Tax claim Bureau | WITHDRAWN CLAIM | 0.00 | 0.00 | 0.00 |
| 002 | F.M. Brown's Sons | UNSECURED | 4,392.35 * | 2,730.60 | 1,661.75 |
| 003 | AGCO Finance LLC | SECURED | 36,552.16 | 36,552.16 | 0.00 |
| 004 | Joseph & Karen Matejik | UNSECURED | 2,327.31 * | 1,440.47 | 886.84 |
| 005 | Discover Bank | UNSECURED | 753.05 * | 466.09 | 286.96 |
| 006 | Lee, Green & Reiter, Inc | UNSECURED | 8,802.27 * | 5,464.32 | 3,337.95 |
| 007 | TBF Financial LLC | UNSECURED | 845.03 * | 523.03 | 322.00 |
| 008 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 0.00 | 0.00 |
| 009 | National Penn Leasing Company | DUPLICATE CLAIM | 0.00 * | 0.00 | 0.00 |
| 010 | National Penn Leasing Company | UNSECURED | 6,307.41 * | 3,915.92 | 2,391.49 |
| 011 | Boyertown Oil Company Inc | UNSECURED | 735.20 * | 455.04 | 280.16 |
| 012 | PA Department of Revenue | PRIORITY | 0.00 | 0.00 | 0.00 |
| 013 | Bagman | UNSECURED | 353.76 * | 218.95 | 134.81 |
| 014 | PA Department of Revenue | PRIORITY | 6,255.12 | 6,255.12 | 0.00 |
| 014S | PA Department of Revenue | SECURED | 1,838.85 | 1,749.42 | 89.43 |
| 014U | PA Department of Revenue | UNSECURED | 84.78 * | 52.47 | 32.31 |
| 015 | JP Morgan Chase Bank NA | WITHDRAWN CLAIM | 0.00 | 0.00 | 0.00 |
| 016 | Monsanto Company | UNSECURED | 2,248.31 * | 1,391.88 | 856.43 |
| 017 | Kerith Brook Farm | UNSECURED | 136.42 * | 84.43 | 51.99 |
| 018 | USDA Farm Agency | DIRECT | 0.00 * | 0.00 | 0.00 |
| 019 | TD Bank NA | DIRECT | 0.00 * | 0.00 | 0.00 |
| 020 | County of Montgomery | UNSECURED | 2,846.33 * | 1,761.69 | 1,084.64 |
| 021 | Beiler Farms | UNSECURED | 727.41 * | 450.21 | 277.20 |

Claims continued on next page

| Claim# | Creditor/Payee Name | Claim Type | Claim Amt | | Ttl Paid | Bal Due |
|---|---|---|---:|---|---:|---:|
| 022 | MB Investments | UNSECURED | 363.96 | * | 225.28 | 138.68 |
| 023 | American Express Bank FSB | UNSECURED | 1,186.67 | * | 734.20 | 452.47 |
| 024 | Susquehanna Bank | DIRECT | 0.00 | * | 0.00 | 0.00 |
| 025 | Vista Grande Farm | UNSECURED | 454.84 | * | 281.53 | 173.31 |
| 026 | DEERE & COMPANY | DIRECT | 0.00 | * | 0.00 | 0.00 |
| 027 | DEERE & COMPANY | UNSECURED | 1,024.39 | * | 673.46 | 350.93 |
| 028 | DEERE & COMPANY | UNSECURED | 595.33 | * | 368.46 | 226.87 |
| 029 | Boyertown Area School District | WITHDRAWN CLAIM | 0.00 | | 0.00 | 0.00 |
| 030 | US Bank NA | SURRENDERED | 0.00 | * | 0.00 | 0.00 |
| 031 | MBC Ventures LLC | UNSECURED | 6,282.81 | * | 1,636.39 | 4,646.42 |
| 050 | DANIEL T. MCGRORY, ESQUIRE | ATTORNEY FEES | 10,000.00 | | 10,000.00 | 0.00 |
| 060 | Frederick L Reigle | TRUSTEE COMMISSION | 4,086.54 | | 4,066.64 | 19.90 |
| 070 | MIDATLANTIC FARM CREDIT, ACA | DIRECT | 0.00 | | 0.00 | 0.00 |
| 100 | AG Fence | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 101 | Alta Genetics | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 102 | American Agencies LLC | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 103 | American Rock Slat Co LLC | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 104 | American Financial Solutions | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 105 | Asset Acceptance Solutions | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 106 | Beacon Technologoes Inc | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 107 | Bechtelsville Agway | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 108 | Binkley & Hurst | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 109 | CACH LLC | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 110 | Cedar Crest Equipmenrt | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 111 | CHASE | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 112 | Cherry Hill Tractors | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 113 | Citibank Visa | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 114 | CITIZENS BANK | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 115 | Credit Management Company | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 116 | Elvin Wise | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 117 | Gary Auerbach | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 118 | Helena Chemical Co | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 119 | Hubner Seed | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 120 | Innovative Dairy Solutions Inc | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 121 | J & L Hay | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 122 | Jim Belz | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 123 | Key Equipment Finance | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 124 | Kohls Capital One | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 125 | Lancaster DHIA | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 126 | Lease Corp of America | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 127 | MM Weaver & Sons | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| 128 | Martin Stone Quarries Inc | NOT FILED UNSECURED | 0.00 | | 0.00 | 0.00 |
| | | | 99,200.30 | | 81,497.76 | 17,702.54 |

Approximate amount needed to pay out claims with commission as of 09-28-18: 12300.98
* Marked claims have been adjusted according to payment status or percent plan.