IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    : CHAPTER 12

SHAWN D. O'ROURKE
AKA O'ROURKE FARMS
MARYANNE M O'ROURKE
AKA O'ROURKE FARMS

                    DEBTOR(S)              : BANKRUPTCY NO. 14-13370-JKF

## ORDER

AND NOW, IT IS ORDERED that the Bench Order entered at the hearing of

December 11, 2019 Dismissing the *Motion of U.S. Department of Agriculture, Farm Service*

*Agency for Relief from the Automatic Stay Under Section 362 Re: 231 Hoffman Road, Barto,*

*PA 19504 and Chattel* (the "Motion") for Failure to Prosecute is VACATED having been

entered in error and it is

FURTHER ORDERED that the continued hearing to consider the Motion shall be held on

**January 15, 2020 at 12:30 p.m. in Courtroom No. 3**,  United States Bankruptcy Court, Robert

N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.


                              BY THE COURT:


                              _____
                              JEAN K. FITZSIMON
DATED: DECEMBER 16, 2019       UNITED STATES BANKRUPTCY JUDGE