United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 14-13370-jkf
Shawn D. O'Rourke                                           Chapter 12
Maryanne M. O'Rourke
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: SaraR              Page 1 of 2              Date Rcvd: Dec 16, 2019
                              Form ID: pdf900          Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
```
db/jdb        +Shawn D. O'Rourke,    Maryanne M. O'Rourke,    993 N. Grange Avenue,
                Collegeville, PA 19426-3147
cr            +F.M. Brown's Sons, Inc.,    c/o E. Bucher, Esq. Leisawitz Heller,    2755 Century Blvd,
                Wyomissing, PA 19610-3346
cr            +John Deere Financial, F.S.B f/k/a FPC Financial F.,    6400 NW 86th Street,   PO Box 6600,,
                Johnston, IA 50131-6600
cr            +MidAtlantic Farm Credit, ACA,    c/o Leon P. Haller, Esquire,   1719 North Front Street,
                Harrisburg, PA 17102-2305
cr            +Northeast Revenue Service, LLC,    1170 Highway 315,   Suite 2,   Plains, PA  18702,
                UNITED STATES 18702-6906
cr            +Susquehanna Bank,   c/o Barley Snyder,    Timothy Dietrich, Esquire,   50 N. Fifth Street,
                PO Box 942,   Reading, PA 19603-0942
cr            +a wholly owned subsidiary Lititz Properties, LLC,,    of Susquehanna Bank,
                Attn:  Brian Braungard,   1570 Manheim Pike,   Lancaster, PA 17601-3038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Dec 17 2019 03:46:25     Deere & Company,
                6400 NW 86th Street,    Johnston, IA 50131-2945
cr            +E-mail/Text: kab@jsdc.com Dec 17 2019 03:45:36      JP Morgan Chase Bank NA,
                c/o Kimberly A. Bonner, Esq,    P.O. Box 650,   Hershey, PA 17033-0650
                                                                                             TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
```
              CLAYTON W. DAVIDSON    on behalf of Creditor    John Deere Construction & Forestry Company
               cdavidson@mwn.com,    nwelch@mwn.com
              CLAYTON W. DAVIDSON    on behalf of Creditor    John Deere Financial, F.S.B f/k/a FPC Financial
               F.S.B. cdavidson@mwn.com,    nwelch@mwn.com
              CLAYTON W. DAVIDSON    on behalf of Creditor    Deere & Company cdavidson@mwn.com,   nwelch@mwn.com
              DANIEL T. MCGRORY    on behalf of Joint Debtor Maryanne M. O'Rourke dmcgrory@pmrbm.com,
               hhunter@pmrbm.com
              DANIEL T. MCGRORY    on behalf of Debtor Shawn D. O'Rourke dmcgrory@pmrbm.com,   hhunter@pmrbm.com
              EDEN R. BUCHER    on behalf of Creditor    F.M. Brown's Sons, Inc. ebucher@leisawitzheller.com,
               medwards@leisawitzheller.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5
               paeb@fedphe.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5
               kab@jsdc.com,    jnr@jsdc.com
              KIMBERLY A. BONNER    on behalf of Creditor    JP Morgan Chase Bank NA kab@jsdc.com,   jnr@jsdc.com
              LEON P. HALLER    on behalf of Creditor    MidAtlantic Farm Credit, ACA lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
```

```
District/off: 0313-2          User: SaraR              Page 2 of 2                  Date Rcvd: Dec 16, 2019
                              Form ID: pdf900          Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank National Association, as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        MICHAEL B. JOSEPH    on behalf of Trustee MICHAEL B. JOSEPH mjoseph@ch13de.com
        MICHAEL B. JOSEPH    mjoseph@ch13de.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Department of Agriculture, Farm Service Agency bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. Department of Agriculture, Farm Service Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        TIMOTHY G. DIETRICH    on behalf of Creditor    Susquehanna Bank tdietrich@barley.com, jbrower@barley.com;cbrelje@barley.com
        TIMOTHY G. DIETRICH    on behalf of Creditor    a wholly owned subsidiary Lititz Properties, LLC, tdietrich@barley.com, jbrower@barley.com;cbrelje@barley.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 19

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 12

SHAWN D. O'ROURKE
AKA O'ROURKE FARMS
MARYANNE M O'ROURKE
AKA O'ROURKE FARMS

       DEBTOR(S) : BANKRUPTCY NO. 14-13370-JKF

# ORDER

AND NOW, IT IS ORDERED that the Bench Order entered at the hearing of December 11, 2019 Dismissing the *Motion of U.S. Department of Agriculture, Farm Service Agency for Relief from the Automatic Stay Under Section 362 Re: 231 Hoffman Road, Barto, PA 19504 and Chattel* (the "Motion") for Failure to Prosecute is VACATED having been entered in error and it is

FURTHER ORDERED that the continued hearing to consider the Motion shall be held on **January 15, 2020 at 12:30 p.m. in Courtroom No. 3**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.

BY THE COURT:

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

DATED: DECEMBER 16, 2019