## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Shawn D. O'Rourke and

    Maryanne M. O'Rourke

Debtor(s)

Chapter: 12

Case No: 14–13370–jkf

### ORDER

AND NOW, 12/23/19 , it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1228(a),

And the statement regarding the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1228(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file a certification reqarding domestic support obligations and Section 522(q),

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 12 discharge.

For The Court

*Jean K. FitzSimon*

Jean K. FitzSimon

Judge ,United States Bankruptcy Court