Certificate Number: 01401-PAE-DE-033874505

Bankruptcy Case Number: 14-13370



01401-PAE-DE-033874505

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 27, 2019</u>, at <u>3:13</u> o'clock <u>PM EST</u>, <u>Shawn D O'Rourke</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 27, 2019</u>          By:     <u>/s/Jeremy Lark</u>

                                        Name:   <u>Jeremy Lark</u>

                                        Title:  <u>FCC Manager</u>