United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-13370-jkf
Shawn D. O'Rourke                                               Chapter 12
Maryanne M. O'Rourke
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JEGilmore          Page 1 of 2           Date Rcvd: Dec 27, 2019
                             Form ID: pdf900          Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2019.
```
db/jdb         +Shawn D. O'Rourke,    Maryanne M. O'Rourke,    993 N. Grange Avenue,
                 Collegeville, PA 19426-3147
cr             +F.M. Brown's Sons, Inc.,    c/o E. Bucher, Esq. Leisawitz Heller,    2755 Century Blvd,
                 Wyomissing, PA 19610-3346
cr             +John Deere Financial, F.S.B f/k/a FPC Financial F.,    6400 NW 86th Street,   PO Box 6600,,
                 Johnston, IA 50131-6600
cr             +MidAtlantic Farm Credit, ACA,    c/o Leon P. Haller, Esquire,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
cr             +Northeast Revenue Service, LLC,    1170 Highway 315,    Suite 2,    Plains, PA  18702,
                 UNITED STATES 18702-6906
cr             +Susquehanna Bank,    c/o Barley Snyder,    Timothy Dietrich, Esquire,    50 N. Fifth Street,
                 PO Box 942,    Reading, PA 19603-0942
cr             +a wholly owned subsidiary Lititz Properties, LLC,,    of Susquehanna Bank,
                 Attn:  Brian Braungard,    1570 Manheim Pike,    Lancaster, PA 17601-3038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 28 2019 02:35:46     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 28 2019 02:35:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 28 2019 02:35:43      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Dec 28 2019 02:35:56      Deere & Company,
                 6400 NW 86th Street,    Johnston, IA 50131-2945
cr             +E-mail/Text: kab@jsdc.com Dec 28 2019 02:35:12     JP Morgan Chase Bank NA,
                 c/o Kimberly A. Bonner, Esq,    P.O. Box 650,    Hershey, PA 17033-0650
                                                                                               TOTAL: 5
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2019 at the address(es) listed below:
```
              CLAYTON W. DAVIDSON    on behalf of Creditor    John Deere Construction & Forestry Company
               cdavidson@mwn.com,    nwelch@mwn.com
              CLAYTON W. DAVIDSON    on behalf of Creditor    John Deere Financial, F.S.B f/k/a FPC Financial
               F.S.B. cdavidson@mwn.com,    nwelch@mwn.com
              CLAYTON W. DAVIDSON    on behalf of Creditor    Deere & Company cdavidson@mwn.com,    nwelch@mwn.com
              DANIEL T. MCGRORY    on behalf of Joint Debtor Maryanne M. O'Rourke dmcgrory@pmrbm.com,
               hhunter@pmrbm.com
              DANIEL T. MCGRORY    on behalf of Debtor Shawn D. O'Rourke dmcgrory@pmrbm.com,    hhunter@pmrbm.com
              EDEN R. BUCHER    on behalf of Creditor     F.M. Brown's Sons, Inc. ebucher@leisawitzheller.com,
               medwards@leisawitzheller.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5
               paeb@fedphe.com
```

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2              Date Rcvd: Dec 27, 2019
                              Form ID: pdf900            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5 kab@jsdc.com, jnr@jsdc.com
          KIMBERLY A. BONNER    on behalf of Creditor    JP Morgan Chase Bank NA kab@jsdc.com, jnr@jsdc.com
          LEON P. HALLER    on behalf of Creditor    MidAtlantic Farm Credit, ACA lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank National Association, as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          MICHAEL B. JOSEPH    on behalf of Trustee MICHAEL B. JOSEPH mjoseph@ch13de.com
          MICHAEL B. JOSEPH    mjoseph@ch13de.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Department of Agriculture, Farm Service Agency bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Department of Agriculture, Farm Service Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          TIMOTHY G. DIETRICH    on behalf of Creditor    Susquehanna Bank tdietrich@barley.com, jbrower@barley.com;cbrelje@barley.com
          TIMOTHY G. DIETRICH    on behalf of Creditor    a wholly owned subsidiary Lititz Properties, LLC, tdietrich@barley.com, jbrower@barley.com;cbrelje@barley.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                             TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:

    Shawn D. O'Rourke and

    Maryanne M. O'Rourke

Debtor(s)

Chapter: 12

Case No: 14–13370–jkf

___

*ORDER*

    AND NOW, 12/23/19 , it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1228(a),

    And the statement regarding the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1228(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file a certification reqarding domestic support obligations and Section 522(q),

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 12 discharge.

For The Court

*Jean K. FitzSimon* (signature)

Jean K. FitzSimon

Judge , United States Bankruptcy Court

153
Form 212