Certificate Number: 01401-PAE-DE-033875612

Bankruptcy Case Number: 14-13370


01401-PAE-DE-033875612

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 27, 2019</u>, at <u>6:36</u> o'clock <u>PM EST</u>, <u>Maryann M O'Rourke</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  December 27, 2019         By:    /s/Jeremy Lark

                                 Name:  Jeremy Lark

                                 Title: FCC Manager