# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shawn D. O'Rourke aka O'Rourke Farms<br>Maryanne M. O'Rourke aka O'Rourke Farms<br>Debtor(s) | CHAPTER 12 |
| U.S. Department of Agriculture, Farm Service Agency,<br>Movant<br>vs.<br>Shawn D. O'Rourke aka O'Rourke Farms<br>Maryanne M. O'Rourke aka O'Rourke Farms<br>Debtor(s) | NO. 14-13370 JKF |
| Michael B. Joseph<br>Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief of U.S. Department of Agriculture, Farm Service Agency, which was filed with the Court on or about **November 8, 2019**.


                                    Respectfully submitted,

                                    **/s/ Rebecca A. Solarz, Esquire**
                                    Rebecca A. Solarz, Esquire
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106

January 7, 2020