```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
In re:                                                    Case No. 14-13370-jkf
Shawn D. O'Rourke                                         Chapter 12
Maryanne M. O'Rourke
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: JEGilmore             Page 1 of 2              Date Rcvd: Jan 10, 2020
                               Form ID: 195                Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db/jdb         +Shawn D. O'Rourke,    Maryanne M. O'Rourke,    993 N. Grange Avenue,
                 Collegeville, PA 19426-3147
cr             +F.M. Brown's Sons, Inc.,    c/o E. Bucher, Esq. Leisawitz Heller,    2755 Century Blvd,
                 Wyomissing, PA 19610-3346
cr             +John Deere Financial, F.S.B f/k/a FPC Financial F.,    6400 NW 86th Street,   PO Box 6600,,
                 Johnston, IA 50131-6600
cr             +MidAtlantic Farm Credit, ACA,    c/o Leon P. Haller, Esquire,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
cr             +Northeast Revenue Service, LLC,    1170 Highway 315,   Suite 2,    Plains, PA  18702,
                 UNITED STATES 18702-6906
cr             +Susquehanna Bank,    c/o Barley Snyder,   Timothy Dietrich, Esquire,    50 N. Fifth Street,
                 PO Box 942,   Reading, PA 19603-0942
cr             +a wholly owned subsidiary Lititz Properties, LLC,,    of Susquehanna Bank,
                 Attn: Brian Braungard,    1570 Manheim Pike,   Lancaster, PA 17601-3038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Jan 11 2020 03:38:02     Deere & Company,
                 6400 NW 86th Street,    Johnston, IA 50131-2945
cr             +E-mail/Text: kab@jsdc.com Jan 11 2020 03:36:29     JP Morgan Chase Bank NA,
                 c/o Kimberly A. Bonner, Esq,    P.O. Box 650,   Hershey, PA 17033-0650
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              CLAYTON W. DAVIDSON    on behalf of Creditor    John Deere Construction & Forestry Company
               cdavidson@mwn.com,    nwelch@mwn.com
              CLAYTON W. DAVIDSON    on behalf of Creditor    John Deere Financial, F.S.B f/k/a FPC Financial
               F.S.B. cdavidson@mwn.com,    nwelch@mwn.com
              CLAYTON W. DAVIDSON    on behalf of Creditor    Deere & Company cdavidson@mwn.com,   nwelch@mwn.com
              DANIEL T. MCGRORY    on behalf of Joint Debtor Maryanne M. O'Rourke dmcgrory@pmrbm.com,
               hhunter@pmrbm.com
              DANIEL T. MCGRORY    on behalf of Debtor Shawn D. O'Rourke dmcgrory@pmrbm.com,   hhunter@pmrbm.com
              EDEN R. BUCHER    on behalf of Creditor    F.M. Brown's Sons, Inc. ebucher@leisawitzheller.com,
               medwards@leisawitzheller.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5
               paeb@fedphe.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5
               kab@jsdc.com,    jnr@jsdc.com
              KIMBERLY A. BONNER    on behalf of Creditor    JP Morgan Chase Bank NA kab@jsdc.com,   jnr@jsdc.com
              LEON P. HALLER    on behalf of Creditor    MidAtlantic Farm Credit, ACA lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
```

```
District/off: 0313-2           User: JEGilmore            Page 2 of 2             Date Rcvd: Jan 10, 2020
                               Form ID: 195               Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank National Association, as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-5 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          MICHAEL B. JOSEPH    on behalf of Trustee MICHAEL B. JOSEPH mjoseph@ch13de.com
          MICHAEL B. JOSEPH    mjoseph@ch13de.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Department of Agriculture, Farm Service Agency bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Department of Agriculture, Farm Service Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          TIMOTHY G. DIETRICH    on behalf of Creditor    Susquehanna Bank tdietrich@barley.com, jbrower@barley.com;cbrelje@barley.com
          TIMOTHY G. DIETRICH    on behalf of Creditor    a wholly owned subsidiary Lititz Properties, LLC, tdietrich@barley.com, jbrower@barley.com;cbrelje@barley.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                       TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 12

Shawn D. O'Rourke and Maryanne M. O'Rourke  : Case No. 14–13370–jkf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , January 10, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Jean K. FitzSimon
    Judge , United States Bankruptcy Court